MICHAEL ALLDREDGE *v.* COMMISSIONER
OF CORRECTION
(AC 34675)

Robinson, Sheldon and Borden, Js.

Argued September 24—officially released October 15, 2013

Per Curiam. The appeal is dismissed.

CLYDE MEIKLE *v.* COMMISSIONER
OF CORRECTION
(AC 34575)

Gruendel, Bear and Foti, Js.

Argued September 27—officially released October 15, 2013

Per Curiam. The appeal is dismissed.

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
*v.* SHERI A. SPEER
(AC 35324)

Robinson, Sheldon and Borden, Js.

Argued September 24—officially released October 22, 2013

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting new law days.